# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

RONALD E. GILLETTE,

        Plaintiff,

v.

CALVIN HERBERT, WARDEN, GOLDEN GROVE ADULT CORRECTIONAL FACILITY,

        Defendant.
_____

1:14-cv-00110

TO:    Joseph A. DiRuzzo, III, Esq.

       Ronald Edward Gillette, *Pro Se*
          CoreCivic Agency #19-884
          2604 W. Woodland Ridge Drive
          Lecanto, FL 34461

## ORDER

THIS MATTER is before the Court upon Plaintiff's Motion for Change of Address (ECF No. 69). This order is issued without necessity of response.

Having reviewed the motion and upon due consideration thereof, the Court will deny the motion.

Plaintiff states that the "correct address" for him is as follows:

    Ronald Edward Gillette
    c/o Luz M. Colon
    3014 John F. Kennedy Bldg. #2, Apt. # 14
    Christiansted, VI 00820
    (340) 220-0706

However, this motion was mailed from jail. Thus, Plaintiff appears to be requesting that the Court either send his mail to somewhere other than where he is physically located

or to preemptively change his address to reflect an upcoming change of circumstances. The motion will be denied at this time, as it appears that Plaintiff is still incarcerated and is still proceeding *pro se*. *See McCormick v. Krouse*, Civil Action No. 1:17cv265-LG-RHW (S.D. Miss. Dec. 18, 2017) (denying similar motion when reasons as to change of address were not provided).

Plaintiff provides no insight as to why the Court should send his mail to the address that he requests. Even if he had done so, there would still likely be no basis for the Court to honor his request. Plaintiff continues to represent himself, and, being that he is serving as his own attorney, the Court must continue to send him mail at his address of record so that he continues to have adequate notice and opportunity to be heard. *See, e.g., Swinson v. City of Philadelphia*, No. CV 13-6870, 2015 WL, at *5 (E.D. Pa. Aug. 19, 2015); *see also Henson v. Griem*, No. 2:16-cv-1908-JAM-EFB, 2017 WL 5992413, at *1 (E.D. Cal. Dec. 4, 2017)

The Clerk of Court shall mail a copy of this Order to Plaintiff at his current address of record.

**WHEREFORE**, it is now hereby **ORDERED** that Plaintiff's Motion for Change of Address (ECF No. 35) is **DENIED**.

ENTER:

Dated: September 4, 2019
/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
MAGISTRATE JUDGE