## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |
|---|---|
| **RONALD E. GILLETTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 2014-0110 |
| ) | |
| **DIANE PROSPER, Warden of the Golden** ) | |
| **Grove Adult Correctional Facility, in her** ) | |
| **individual and official capacities; JULIUS** ) | |
| **WILSON, Director of the Virgin Islands** ) | |
| **Bureau of Corrections, in his individual and** ) | |
| **official capacities; and TERRITORY OF** ) | |
| **THE VIRGIN ISLANDS, and ERIC HOLDER,** ) | |
| **in his individual capacity and in his official** ) | |
| **capacity as the Attorney General of the United** ) | |
| **States of America,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**Appearances:**
**Joseph A. DiRuzzo, III, Esq.,**
Fort Lauderdale, FL
  *For Plaintiff*

**Shari N. D'Andrade, Esq.,**
St. Thomas, U.S.V.I.
  *For Defendants*

## ORDER

**UPON CONSIDERATION** of the Report and Recommendation ("R&R") issued by Magistrate Judge George W. Cannon, Jr. (Dkt. No. 61), wherein the Magistrate Judge recommends that this Court grant Defendants' Motion for Judgment on the Pleadings (Dkt. No. 27) and deny as moot Plaintiff's Motion for Preliminary Injunction (Dkt. No. 14), Plaintiff's Motion to File an Over-Length Brief (Dkt. No. 15), Plaintiff's Motion to Strike Affirmative Defenses (Dkt. No. 23),

and Plaintiff's Motions to Take Judicial Notice (Dkt. Nos. 20; 40; 48); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's Report and Recommendation (Dkt. No. 61) is **ACCEPTED AS MODIFIED**, in the Memorandum Opinion; and it is further

**ORDERED** that Defendants' Motion for Judgment on the Pleadings (Dkt. No. 27) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt. No. 14) is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's Motion to File an Over-Length Brief (Dkt. No. 15) is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's Motions to Take Judicial Notice (Dkt. Nos. 20; 40; 48) are **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's Motion to Strike Affirmative Defenses (Dkt. No. 23) is **DENIED AS MOOT**.

**SO ORDERED.**

Date:   September 2, 2020              _____/s/_____
                                       WILMA A. LEWIS
                                       Chief Judge