# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **RONALD E. GILLETTE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DIANE PROSPER, Warden of the Golden** )<br>**Grove Adult Correctional Facility, in her** )<br>**individual and official capacities; JULIUS** )<br>**WILSON, Director of the Virgin Islands** )<br>**Bureau of Corrections, in his individual and** )<br>**official capacities; TERRITORY OF** )<br>**THE VIRGIN ISLANDS; and ERIC HOLDER,** )<br>**in his individual capacity and in his official** )<br>**capacity as the Attorney General of the United** )<br>**States of America,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 2014-0110 |

**Attorneys:**
**Joseph A. DiRuzzo, III, Esq.,**
Fort Lauderdale, FL
    *For Plaintiff*

**Julie A. Beberman, Esq.,**
St. Croix, U.S.V.I.
    *For Defendants*

## ORDER

**UPON CONSIDERATION** of the Report and Recommendation issued by Magistrate Judge Emile A. Henderson III (Dkt. No. 115) on Plaintiff Ronald E. Gillette's ("Plaintiff") Motion to Expand Evidence[1] (Dkt. No. 72); Plaintiff's Objection thereto (Dkt. No. 121); and for the

---

[1] Plaintiff's Motion is fully entitled: "Motion to Expand Evidence in Support of Relief Requested in Case: 1:14-CV-00110-WAL-GWC Dated March 17, 2019 in Ronald E. Gillette-Versus Warden, Golden Grove Adult Correctional Facility." (Dkt. No. 72 at 1).

reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

    **ORDERED** that Plaintiff Ronald E. Gillette's Objection to the Magistrate Judge's Report and Recommendation (Dkt. No. 121) is **OVERRULED**; and it is further

    **ORDERED** that the Magistrate Judge's Report and Recommendation (Dkt. No. 115) is **ADOPTED AS MODIFIED HEREIN**; and it is further

    **ORDERED** that Plaintiff's Motion to Expand Evidence (Dkt. No. 72) is **DENIED AS MOOT**; and it is further

    **ORDERED** that the Clerk of Court shall provide a copy of this Order to Plaintiff Ronald E. Gillette by certified mail, return receipt requested.

    **SO ORDERED**.

Date:  March 15, 2023　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　WILMA A. LEWIS
　　　　　　　　　　　　　　　　　　District Judge